*E-filed 2/22/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHUONG HO, | No. C06-07295 HRL |
| Plaintiff, | **ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| RODNEY WOODS, et al., | **[Re: Docket No. 9]** |
| Defendants. | |

On February 15, 2007, the parties filed a stipulation to continue the Case Management Conference set for March 6, 2007. That request is hereby denied. All deadlines remain in place.

Dated: 2/22/07

                                                  /s/  Howard R. Lloyd
                                                HOWARD R. LLOYD
                                                UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**Notice will be electronically mailed to:**

James Michael Barrett jb@jamesbarrettlaw.com

Richard S. Falcone rsf@paynefears.com, bbirchett@paynefears.com

Rodney B. Sorensen , Esq rbs@paynefears.com, bbirchett@paynefears.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.